IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARIA MONTELONGO | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | |
| | § | 5:19-cv-01123-FB |
| RED BEARD LLC D/B/A RED BEARD | § | |
| TELECOM D/B/A RED BEARD IT, | § | |
| NICHOLAS MATTA, JEREMY MATTA, | § | |
| ELLIOT TRUONG, JOHN/JANE DOES 1-5 | § | |

## **ORDER**

This matter coming before the Court on Defendant, Jeremy Matta's Motion to dismiss pursuant to F.R.C.P Rule 12(b)(2), due notice having been given and the court fully advised in the premises:

IT IS HEREBY ORDERED that Defendant, Jeremy Matta's Motion to dismiss pursuant to F.R.C.P Rule 12(b)(2) is GRANTED

ENTER:


Date:_____                       _____

                                                                                                                                             Fred Biery
                                                                                                                                            U.S. District Judge